# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Case No. 11-1583 (RJL) |
| OFFICE OF SCIENCE AND TECHNOLOGY POLICY, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER
(July 30, 2012)

For the reasons set forth in the Memorandum Opinion entered this 30th day of July, 2012, it is hereby

**ORDERED** that defendant's Motion for Summary Judgment [# 8] is **GRANTED**; and it is further

**ORDERED** that the plaintiff's Motion for Summary Judgment [# 9] is **DENIED**; and it is further

**ORDERED** that final judgment be entered for the defendant on all counts in the Complaint.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge